UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS DIDONNA,

        Plaintiff,

-against-

SGT. ROBERT MASS, et al.,

        Defendants.

**ORDER**

22-CV-05417 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Initial Pretrial Telephone Conference held on 11/21/2022. Counsel for Defendants Ferrand and Skow and Plaintiff, proceeding *pro se*, appeared by telephone. A Civil Case Discovery Plan and Scheduling Order will be docketed separately. Counsel for Defendants Ferrand and Skow is directed to mail to Plaintiff.: (i) a copy of the docketed Civil Case Discovery Plan and Scheduling Order; and (ii) a copy of this Order.

SO ORDERED:

Dated:   White Plains, New York
         November 22, 2022

_____
PHILIP M. HALPERN
United States District Judge