UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LOUIS A. DiDONNA,

                            Plaintiff,

v.                                              **ORDER**

ROBERT W. MASS, NEW YORK STATE       22-CV-05417 (PMH)
POLICE; CONNOR M. STEWART, NEW
YORK STATE POLICE; KYLE FERRAND,
SULLIVAN COUNTY SHERIFF'S
DEPARTMENT; DEPUTY SKOW, THE
SULLIVAN COUNTY SHERIFF'S
DEPARTMENT,

                            Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      To the extent the Court's May 17, 2024 Order (Doc. 103) directed Defendants to file their motion for summary judgment by June 12, 2024, it is vacated. Defendants shall file one, joint set of motion papers with separate notices of motion and a consolidated memorandum of law by **July 12, 2024**; Plaintiff shall file his opposition brief by **August 12, 2024**; Defendants shall serve and file their reply brief by **August 26, 2024**.

      Defendants are directed to serve a copy of this order on Plaintiff and file proof of service on the docket.

                                                       **SO ORDERED.**

Dated: White Plains, New York
        May 17, 2024

                                             PHILIP M. HALPERN
                                             United States District Judge