

**COUNTY CATSKILLS**

Robert H. Freehill
Acting County Attorney

Khalid Bashjawish
Assistant County Attorney

Robert L. Zangla
Assistant County Attorney

Steven E. Goldberg
Assistant County Attorney

Defendants' request to seal Exhibits I, J, K, and L to their motion for summary judgment (Doc. 109) is granted. However, Defendants shall, by July 18, 2024, file under seal copies of the exhibits in compliance with the Court's Individual Practices. The sealed documents filed on July 12, 2024 (Doc. 110) shall remain under seal.

The Clerk of Court is respectfully directed to terminate the letter sequence pending at Doc. 110 and mail a copy of this Order to Plaintiff.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        July 15, 2024

July 12, 2024

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:    *DiDonna v. Mass et. al.*
       *Doc. No.: 7:22-cv-5417*

Dear Judge Halpern,

Defendants filed the supporting documents of their motion for summary judgment and exhibits except for four exhibits that are Mr. Didonna's medical record, which are protected by HIPPA. I ask the Court to file exhibits I, J, K, and L under seal pursuant to Fed.R.Civ.P. *5.2* and the Court's Local Rule pursuant to *R. 5*.

Sincerely,

Khalid Bashjawish
Assistant County Attorney

cc:  All counsel of record
     Louis Didonna (via regular mail)