UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LOUIS A. DiDONNA,

                        Plaintiff,

v.                                          **ORDER**

ROBERT W. MASS, NEW YORK STATE        22-CV-05417 (PMH)
POLICE; CONNOR M. STEWART, NEW
YORK STATE POLICE; KYLE FERRAND,
SULLIVAN COUNTY SHERIFF'S
DEPARTMENT; DEPUTY SKOW, THE
SULLIVAN COUNTY SHERIFF'S
DEPARTMENT,

                        Defendants.
---------------------------------------------------------------X

      Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on June 27, 2023. (Doc. 1). Defendants' request for permission to move for summary judgment was granted on April 26, 2024 and the Court entered a briefing schedule. (Doc. 99). On May 17, 2024, the Court extended the briefing schedule. (Doc. 104). Defendants filed their motion for summary judgment on July 12, 2024. (Docs. 106-108). The Court twice extended Plaintiff's time to file his opposition. (Docs. 120, 126). Plaintiff's opposition was due by October 17, 2024. (Doc. 126). On October 22, 2024, Plaintiff advised the Court that he was going to re-send his opposition brief. (Doc. 127). To date, no opposition to the motion or request for an extension of time to file an opposition brief has been filed. (Doc. 128).

      Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until December 4, 2024. Defendants' reply, if any, is due December 18, 2024.

      **If Plaintiff fails to file his opposition by December 4, 2024, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

      The Clerk is instructed to mail a copy of this Order to Plaintiff.

                                                      **SO ORDERED:**

Dated:  White Plains, New York
            November 20, 2024

                                                PHILIP M. HALPERN
                                                United States District Judge