**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LOUIS A. DiDONNA,

                Plaintiff,

    -against-                                    22 **CIVIL** 5417 (PMH)

                                              **<u>JUDGMENT</u>**

ROBERT MAAS; CONNER STEWART;
DOUGLAS KETCHUM; KYLE FARRAND;
ANTHONY SKOW,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 23, 2024, Defendants' unopposed motions for summary judgment are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      December 23, 2024

                                                    **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                      **BY:**      *K. Mango*

                                                       **Deputy Clerk**