UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOUIS A. DiDONNA,

                Plaintiff,

v.

ROBERT W. MASS, NEW YORK STATE POLICE; CONNOR M. STEWART, NEW YORK STATE POLICE; KYLE FERRAND, SULLIVAN COUNTY SHERIFF'S DEPARTMENT; DEPUTY SKOW, THE SULLIVAN COUNTY SHERIFF'S DEPARTMENT,

                Defendants.
-----------------------------------------------------------X

**ORDER**

22-CV-05417 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Defendants shall, by **February 18, 2025**, file a joint letter responding to Plaintiff's January 17, 2025 letters (Docs. 134-135) requesting that this action be reopened.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at P.O. Box 323 Lake Ariel, PA 18436.

                                **SO ORDERED.**

Dated: White Plains, New York
       February 4, 2025

                                PHILIP M. HALPERN
                                United States District Judge